UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARRON HARRIS (#390310)

VERSUS  CIVIL ACTION NO.: 07-954-JVP-SCR

DANNY WILLIAMS, ET AL

## RULING ON MOTION TO DISMISS

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Riedlinger dated April 29, 2008 (doc. 27). Defendants have filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim Upon Which Relief Can Be Granted filed by defendants, Dr. John Prejean, Lt. Col. Reginald Brock, and Billy Netterville (doc. 24) is hereby **DENIED**.

Baton Rouge, Louisiana, May 27, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA